United States District Court
Southern District of Texas
**ENTERED**
August 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JAVIER RICARDO ROJAS and MARIA DELILA ROJAS, § § § Plaintiffs, § § VS. § § BANK OF NEW YORK MELLON TRUST COMPANY, N.A., as Trustee on behalf of CWABS Asset-backed Certificated Trust 2007-12; and CARRINGTON MORTGAGE SERVICES, LLC, § § § § § § Defendants. § | CIVIL ACTION NO. 7:22-cv-00132 |

## FINAL JUDGMENT

The Court's August 17, 2022, order dismissed all of Plaintiffs Javier Ricardo Rojas' and Maria Delila Rojas' claims with prejudice.[1] The Court now renders final judgment in accordance with Federal Rule of Civil Procedure 54. All issues in this case are resolved by the Court's orders. The Court holds that Plaintiffs take nothing by this suit. Each party is to bear its own costs. Any relief not expressly granted in this final judgment is hereby **DENIED**. This case is terminated, and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 17th day of August 2022.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 5.